DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANDREA CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S -11-184 EFB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| DANDREA CARTER, ) | Date: September 12, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Edmund F. Brennan |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, David Stevens, Assistant United States Attorney, and Courtney Fein, Chief Assistant Federal Defender, attorney for DANDREA CARTER, that the Court vacate the trial confirmation hearing of July 11, 2011 at 10:00 a.m. and set a new trial confirmation hearing on September 12, 2011 at 10:00 a.m. and vacate the jury trial of July 26, 2011 at 9:30 a.m. and set a new jury trial on September 27,2011 at 9:30 a.m.  The parties also agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A).

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through September 27, 2011, for

1  defense preparation and investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

2  Dated:  July 1, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Attorney for Defendant
DANDREA CARTER

Dated: July 1, 2011                                                       BENJAMIN B. WAGNER
                                                                                          United States Attorney


/s/ David Stevens
DAVID STEVENS
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 5, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                                            -2-