BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00184-EFB |
| Plaintiff, | ) | Order Continuing Jury Trial and Excluding Time Under Local Code T4 |
| v. | ) | |
| DANDREA CARTER, | ) | DATE: November 28, 2011<br>TIME: 10:00 a.m.<br>JUDGE: Edmund F. Brennan |
| Defendant. | ) | |

It is hereby Ordered that the Trial Confirmation Hearing set for November 28, 2011 is CONTINUED until February 13, 2012 at 10:00 a.m. and the Jury Trial set for January 30, 2012 is CONTINUED until February 28, 2012 at 9:30 a.m. All trial documents shall be filed by February 13, 2012. Time is excluded from today's date through February 28, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 22, 2011

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE